UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TUERE BARNES,<br><br>Defendant | Criminal No. 26cr10006<br><br>Violation:<br><br>Count One: Providing Contraband in Prison<br>(18 U.S.C. §§ 1791(a)(1) and (b)(1)) |

## INFORMATION

### COUNT ONE
Providing Contraband in Prison
(18 U.S.C. §§ 1791(a)(1) and (b)(1))

The United States Attorney charges:

On or about January 23, 2023, in the District of Massachusetts and elsewhere, the defendant,

TUERE BARNES,

contrary to a statute, rule and order, provided and attempted to provide and to distribute a prohibited object, to wit: buprenorphine, a Schedule III controlled substance, to Individual A, an inmate of FCI Danbury, a federal correctional facility.

All in violation of Title 18, United States Code, Sections 1791(a)(1) and (b)(1).

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney


By:    */s/John T. Mulcahy*
        JOHN T. MULCAHY
        Assistant United States Attorney


Dated:   January 12, 2026