℅JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Methuen   **Category No.** II   **Investigating Agency** Federal Bureau of Investigation

**City** Methuen

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Name** TUERE BARNES   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** 133 CROSS STREET METHUEN, MA

**Birth date (Yr only):** 1982  **SSN (last 4#):** 1923  **Sex:** M  **Race:** Black  **Nationality:** Unknown

**Defense Counsel if known:** William Keefe   **Address:** 801 C Tremont St.

**Bar Number:** Unknown   Boston, MA 02118

**U.S. Attorney Information**

**AUSA:** John Mulcahy   **Bar Number if applicable:** 670606

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/7/2025   **Signature of AUSA:** /s/ J. Mulcahy

JS 45 (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Tuere Barnes

U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1791(a)(1) and (b)(1) | Providing Contraband in Prison | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**